# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-2419
Lower Tribunal No. 2022-CA-006494

_____

MID-CONTINENT CASUALTY COMPANY, on its own and as assignee of
REY GROUP, INC. d/b/a REY HOMES,

Appellant,

v.

MASCO CORPORATION and TEXWOOD INDUSTRIES, L.P. d/b/a QUALITY CABINETS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and PRATT, JJ., concur.


Michael E. Monteverde, of Zinober Diana & Monteverde, P.A., Fort Lauderdale, for Appellant.

James S. Toscano, of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED